# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re Phillip W Engen,<br><br>Debtor | Case No. 23-07010<br><br>Chapter 7 No. 23-30151 |
| Phillip W. Engen,<br><br>Plaintiff,<br><br>vs.<br><br>U.S. Department of Education, Maximus Education, LLC d/b/a "Aidvantage"<br><br>Defendants. | **AFFIDAVIT OF SERVICE** |

[1]     I, Jan Schwartz, being first duly sworn and under oath, depose and say: I am of legal age, a citizen of the United States and not a party to the action herein; that on August 7, 2023, I served the following documents:

**SUMMONS IN AN ADVERSARY PROCEEDING AND COMPLAINT**

on the persons listed below by placing a true and correct copy of said documents in an envelope addressed as follows:

Corporation Service Company
As Registered Agent for
Maximus Education, LLC dba Aidvantage
251 Little Falls Drive
Wilmington, DE 19808.

U.S. Department of Education
400 Maryland Avenue, SW
Washington, D.C. 20202

U.S. Attorney General Merrick B. Garland
U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530-001

United States Attorney – District of North Dakota
Mac Schneider
655 First Avenue North, Suite 250
Fargo, ND 58102-4932

Civil Process Clerk
United States Attorney – District of North Dakota
655 First Avenue North, Suite 250
Fargo, ND 58102-4932

and deposited same, with postage fully prepaid thereon, in the United States mails at Fargo, North Dakota, for delivery by the United States Post Office Department as directed on the envelope; that there is regular mail service between the place of mailing and the address as directed on the envelope.

[2]   I declare under penalty of perjury under the laws of North Dakota and the United States that the foregoing is true and correct.

Dated: August 7, 2023.

Jan Schwartz

Signed in Cass County, ND.