**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

In re:

Phillip W. Engen,                                                   Case No. 23-30151
                                                                              Chapter 7
                Debtor.
_____/

Phillip W. Engen,

                Plaintiff,

        v.                                                        Adv. Proc. No. 23-07010

U.S. Department of Education,
Maximus Education, LLC d/b/a "Aidvantage",

                Defendants.
_____/

## CLERK'S ENTRY OF DEFAULT

      Defendant Maximus Education, LLC d/b/a "Aidvantage" failed to appear or otherwise defend against Plaintiff's Complaint as required by law. Pursuant to Rule 7055 of the Federal Rules of Bankruptcy Procedure, Defendant Maximus Education, LLC d/b/a "Aidvantage" is in default.

      Plaintiff may seek the entry of default judgment against Defendant Maximus Education, LLC d/b/a "Aidvantage" by filing a motion and serving notice as required by Rule 7055 of the Federal Rules of Bankruptcy Procedure and D.N.D. Bankr. L.R. 7007-1.

                                                                            Kay A. Melquist
                                                                             Clerk, U.S. Bankruptcy Court

Date issued: September 21, 2023.        By:    <u>/s/ Caryl Krone</u>
                                                                           Caryl Krone, Deputy Clerk