**United States Bankruptcy Court**
**District of North Dakota**

| | |
|---|---|
| In Re: Phillip W. Engen<br>Debtor<br><br>Phillip W. Engen,<br><br>Plaintiff,<br><br>v.<br><br>U.S. Department of Education, Maximus Education, LLC d/b/a Aidvantage,<br><br>Defendants. | Bankruptcy Case No. 23-30151<br>Chapter 7<br><br>Adv. Proc. No. 23-07010<br><br>**STIPULATION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE REPLY** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the attorneys for Defendant Maximus Education, LLC, d/b/a Aidvantage ("Aidvantage") and Plaintiff Phillip Engen ("Plaintiff") that the date by which Aidvantage must file and serve an Answer, plead or otherwise move in response to the Plaintiff's Complaint is extended to and including October 6, 2023.

| | |
|---|---|
| **SAUL EWING LLP** | **KALER DOELING, PLLP** |
| *Attorneys for Defendant* | *Attorneys for Plaintiff Phillip Engen* |
| *Maximus Education, LLC, d/b/a Aidvantage* | |
| | |
| By */s/ Colleen Fox* | By: */s/ Kip Kaler* |
| Colleen Fox, Esq. | Kip Kaler, Esq. |
| | |
| Dated: September 26, 2023 | Dated: September 26, 2023 |

51101463.1