**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

In re:                                                        Bky. Case No.  23-30151
                                                              Chapter 7
Phillip W. Engen,

                Debtor.
_____/

Phillip W. Engen,

                Plaintiff,
     v.                                                  Adversary No. 23-07010

U.S. Department of Education,
Maximus Education, LLC d/b/a Aidvantage,

                Defendants.
_____/

**ORDER DISMISSING DEFENDANT MAXIMUS EDUCATION, LLC**
**D/B/A AIDVANTAGE WITHOUT PREJUDICE**

        Based on the joint motion seeking to dismiss Defendant Maximus Education, LLC

d/b/a Aidvantage as a party to this adversary proceeding [Doc. 15], **IT IS ORDERED** that

the joint motion is **GRANTED**.  Defendant Maximus Education, LLC d/b/a Aidvantage is

**DISMISSED** as a party without prejudice and without fees and costs to either party.

        Dated this 6th day of October, 2023.


                        /s/ Shon Hastings
                        Shon Hastings, Judge
                        United States Bankruptcy Court